No. 3, Misc.   BARRETT *v.* HUNTER, WARDEN.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for respondent.

No. 49, Misc.   SPADAFORA *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 93, Misc.   GOMEZ *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 119, Misc.   ANDERSON *v.* LAINSON, WARDEN.   Supreme Court of Iowa.   Certiorari denied.   Petitioner *pro se.   Robert L. Larson,* Attorney General of Iowa, and *Don Hise,* First Assistant Attorney General, for respondent.

No. 157, Misc.   WOOLLOMES *v.* HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.   Petitioner *pro se.   Fred N. Howser,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for respondent.

No. 223, Misc.   IN RE BYRER.   C. A. 4th Cir.   Certiorari denied.

No. 243, Misc.   CLIFTON *v.* BURFORD, WARDEN.   Criminal Court of Appeals of Oklahoma.   Certiorari denied.

No. 244, Misc.   DUTTON *v.* ROBINSON, WARDEN.   Circuit Court of Adams County, Illinois.   Certiorari denied.

No. 252, Misc.   TINNIN *v.* HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.